FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
MAY 13 2024
By _____ 12:20 pm
DEPUTY CLERK

CREDITOR MAILING LIST (MAILING MATRIX)

DEBTOR(S) NAME(S): Julie McClellan

Please list all creditors below, including complete mailing address. More than one page may be used.

(1) Fay Servicing    1801 LBJ Freeway Suite 150
                     Farmers Branch, TX 75234

(2) SPS    PO Box 65250    Salt Lake City, UT 84165-0250

(3) Branderwood HOA    2754 Electric Rd D
    c/o Gibson + Assoc.    Roanoke VA 24018